# NO. 12-09-00382-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MARK ANTHONY MARTINEZ,* *APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant pleaded guilty, pursuant to a plea bargain, to aggravated kidnapping with the intent to terrorize. *See* TEX. PENAL CODE ANN. § 20.04(a)(5) (Vernon 2003). The trial court found Appellant guilty, and assessed punishment at imprisonment for seventeen years. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). Accordingly, the appeal is ***dismissed*** for want of jurisdiction.

Opinion delivered November 18, 2009.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)